# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2019

SEAN F. McAVOY, CLERK

AARON JOSEPH CUNNINGHAM,

_____

*Plaintiff*

v.

WALLA WALLA STATE PENITENTIARY,
COUNSELOR JOHN DOE, and WASHINGTON
STATE,

_____

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:19-CV-47-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   IT IS ORDERED that this action is DISMISSED without prejudice.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge            Salvador Mendoza, Jr. _____

Date:  July 1, 2019 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

_____

*(By) Deputy Clerk*

Sean F. McAvoy